UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME A. CLAY,<br><br>        Plaintiff,<br><br>  vs.<br><br>TRANSWORLD SYSTEMS INC., is a business entity form unknown; TRANS UNION LLC is a business entity; EXPERIAN INFORMATION SOLUTIONS, INC., is a business entity and DOES 1-10, Inclusive,<br><br>        Defendants. | Case No.: 2:19-cv-2221 JAM-DB<br><br>ORDER APPROVING STIPULATION OF DISMISSAL |

Plaintiff, Jerome A. Clay, and Defendant, Transworld Systems Inc. ("TSI"), having stipulated that the action shall be dismissed as to TSI with prejudice, and the Court having considered the same,

IT IS HEREBY ORDERED that this action shall be dismissed as to TSI with prejudice. Each party is to bear its own costs.

Dated:   August 5, 2020         /s/ John A. Mendez_____
                                           Hon. John A. Mendez
                                           United States District Court Judge